ACCEPTED
15-24-00052-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/5/2025 2:46 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00052-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/5/2025 2:46:54 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH DISTRICT COURT OF APPEALS (AUSTIN)

Richard M. YOUNG, Jr. a/k/a Richard Young,
*Appellant*

*vs.*

TEXAS PARKS & WILDLIFE DEPARTMENT, et al.,
*Appellees.*

## APPELLANT'S SECOND UNOPPOSED MOTION FOR 15-DAY EXTENSION TO FILE MOTION FOR PANEL REHEARING

To the Honorable Justices:

Appellant's Motion for Rehearing was originally due on May 9, 2025, but this Court granted Appellant 30 days' of extension, making his brief due on June 9, 2025. Due to conflicting trial and appellate deadlines, in addition to a pre-scheduled summer family vacation,[1] Appellant's appellate counsel needs additional time to prepare the Motion for Rehearing. Appellant seeks 15 days extension from the currently-set

---

[1] The undersigned has a family reunion in Destin, Florida that has been scheduled over a year; additionally, the undersigned has briefing deadlines in the Bexar County District Court (No. 23-041), Gillespie County District Court (No. 16830), and the Texarkana Court of Appeals (No. 06-24-00101-CV, briefing & oral argument).

1

deadline, which, if granted, will make Appellant's Motion for Rehearing due on June 24, 2025. Appellees are unopposed to this extension request.

Respectfully submitted,

Kimberly S. Keller
KELLER STOLARCZYK PLLC
215 W. Bandera Road
No. 114-PMB 800
Boerne, Texas 78006
Tele: 830.981.5000
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
Email: kim@kellsto.com

**APPELLANT'S COUNSEL**

## CERTIFICATE OF COMPLIANCE & SERVICE

On today's date, I conferred with opposing counsel (Ian Lancaster) who confirmed Appellees are unopposed to this Motion. Additionally, on this same date, I served, via this Court's e-filing system, this Motion on those listed below:

### *Counsel for Appellees:*

KEN PAXTON, Attorney General of Texas; BRENT WEBSTER, First Asst. Attorney General; JAMES LLOYD, Deputy Attorney General for Civil Litigation; KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division, OFFICE OF THE ATTORNEY GENERAL, Environmental Protection Division, P.O. Box 12548, MC066, Austin, Texas 78711-2548

IAN LANCASTER, Asst. Attorney General, Email: ian.lancaster@oag.texas.gov

H. CARL MYERS, Asst. Attorney General, Email: carl.myers@oag.texas.gov

HEATHER COFFEE, Asst. Attorney General, Email: heather.coffee@oag.texas.gov

/s/Kimberly S. Keller
Kimberly S. Keller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Keller on behalf of Kimberly Keller
Bar No. 24014182
kim@kellsto.com
Envelope ID: 101675383
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension for Motion for Rehearing
Status as of 6/5/2025 2:58 PM CST

Associated Case Party: State Of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |
| H. CarlMyers | | Carl.Myers@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |

Associated Case Party: Maurice E. "Pete" Moore, III, d/b/a Cypress Ranches

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin Dubose | | kdubose@adjtlaw.com | 6/5/2025 2:46:54 PM | SENT |
| Paul W.Green | | pgreen@adjtlaw.com | 6/5/2025 2:46:54 PM | SENT |
| Latonya McPherson | | lmcpherson@adjtlaw.com | 6/5/2025 2:46:54 PM | SENT |
| James  T.Drakeley | | jdrakeley@spencerfane.com | 6/5/2025 2:46:54 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen LWatkins | | karen.watkins@oag.texas.gov | 6/5/2025 2:46:54 PM | SENT |
| C DixonMosty | | cdmosty@mostylaw.com | 6/5/2025 2:46:54 PM | SENT |
| Richard Mosty | | rmosty@mostylaw.com | 6/5/2025 2:46:54 PM | SENT |
| Jennifer SRiggs | | jriggs@r-alaw.com | 6/5/2025 2:46:54 PM | SENT |
| Kimberly SKeller | | kim@kellsto.com | 6/5/2025 2:46:54 PM | SENT |
| Clayton CUtkov | | cutkov@andrewsmyers.com | 6/5/2025 2:46:54 PM | SENT |